321 Ga. 586
FINAL COPY

S25Y0899. IN THE MATTER OF ALAN CHRISTOPHER
NORTON.

PER CURIAM.

This disciplinary matter is before the Court on a petition for voluntary surrender of license, filed by Alan Christopher Norton (State Bar No. 142506), before the issuance of a formal complaint. See Bar Rule 4-227 (b). Norton, who has been a member of the Georgia Bar since 2005 and who has been a member of the Tennessee Bar since 2019,[1] admits the following.

On December 20, 2024, Norton was indicted on three counts of forgery and three counts of criminal simulation in the State of Tennessee for signing, without permission, the name of a Chancellor of the Twelfth Judicial Circuit on three emergency orders in a conservatorship matter in which Norton represented one of the parties. Norton was not authorized to sign the orders and admits

---

[1] Norton states that his Tennessee license is currently suspended.

that he forged the Chancellor's signature on the orders. Based on his forgery, Norton admits that he violated Rule 8.4 (a) (4)[2] of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d). The maximum penalty for a violation of this Rule is disbarment. Norton further acknowledges that the voluntary surrender of his license is tantamount to disbarment. See *In the Matter of Williams*, 291 Ga. 659 (732 SE2d 85) (2012). See also Bar Rule 1.0 (s). Wherefore, Norton requests that the Court accept the voluntary surrender of his license.

The State Bar has responded, recommending that the Court accept Norton's petition. Having reviewed the petition, we agree to accept Norton's petition for voluntary surrender of his license. See *In the Matter of Griffieth*, 298 Ga. 436 (782 SE2d 443) (2016) (accepting petition for voluntary surrender of license filed by attorney based on her first-degree forgery conviction). Norton is reminded of his duties pursuant to Bar Rule 4-219 (b).

---

[2] Rule 8.4 (a) (4) provides that it shall be a violation of the Georgia Rules of Professional Conduct for a lawyer to engage in professional conduct involving dishonesty, fraud, deceit, or misrepresentation.

*Voluntary surrender of license accepted. Peterson, C. J., Warren, P. J., and Bethel, Ellington, McMillian, LaGrua, Colvin, and Pinson, JJ., concur.*

Decided May 13, 2025.

Voluntary surrender of license.

*Russell D. Willard, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Andreea N. Morrison, A. Leigh Burgess, Assistant General Counsel State Bar*, for State Bar of Georgia.